UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,　　　　　　　　　　　　HON. DENISE PAGE HOOD
　　　　　　　　　　　　　　　　　　　　Case No. 20-20345
　　　Plaintiff,

Vs.

GINO MORGAN,

　　　Defendant.
_____/

**MOTION TO MODIFY BOND CONDITION**

Now Comes the Defendant, Gino Morgan, by and through his attorney, Steven Scharg, and respectfully requests that this Honorable Court to modify his bond condition, specifically, removing the GPS tether condition for the following reasons:

1. Defendant was charged in a one count Indictment charging Felon in Possession of a Firearm pursuant to 18 U.S.C. Section 922(g)(1).

2. That on September 16, 2020, this Honorable Court granted Defendant a bond with a special condition of being on Home Detention and GPS monitoring.

3. That Defendant has not violated any terms of his bond conditions and has also complied with his GPS monitoring with no violations since it was installed

over six months ago.

4. That Defendant wants to improve his capabilities in making a better living for his family but it is extremely difficult while wearing his GPS tether.

5. That Pretrial Officer, David Nickoloff had no objection and is in favor of Defendant's GPS tether being removed.

6. The Assistant U.S. Attorney, Craig Winniger, objects to our request.

WHEREFORE, Defendant, Gino Morgan, respectfully is requesting that his bond condition be modified so his GPS tether can be removed.

Respectfully submitted,

/s/ Steven Scharg
STEVEN SCHARG P43732
Attorney for Defendant
615 Griswold, Suite 1120
Detroit, Mi 48226
313-962-4090
313-300-0214
Scharg1924@gmail.com

Dated:  April 19, 2021

CERTIFICATE OF SERVICE

I hereby certify that I served, Assistant United States Attorney, Craig Winniger with a copy of this motion by ECF filing at Craig.winniger@usdoj.gov.

                              Respectfully submitted,

                              /s/ Steven Scharg
                              STEVEN SCHARG P43732
                              Attorney for Defendant
                              615 Griswold, Suite 1120
                              Detroit, Mi 48226
                              313-962-4090
                              313-300-0214
                              Scharg1924@gmail.com

Dated:  April 19, 2021