UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,　　　　　　　　　　CASE NO. 20-cr-20345
　　　　　　　　　　　　　　　　　　　HON. DENISE PAGE HOOD
v.

GINO MORGAN

       Defendant.
_____/

**ORDER GRANTING MOTION TO MODIFY BOND CONDITION [#29]**

    Defendant was charged in a one-count Indictment with being Felon in Possession of a Firearm, in violation of 18 U.S.C. Section 922(g)(1). On September 16, 2020, Defendant was released on bond. One condition of his bond was that he would be subject to home detention and GPS monitoring. Defendant represents, and Pretrial Services has confirmed, that Defendant has: (1) not violated any terms of his bond conditions; and (2) complied with his GPS monitoring with no violations since it was installed over six months ago.

    Defendant recently filed a Motion to Modify Bond Condition. ECF No. 29. Defendant seeks to have the GPS monitoring device (tether) removed so that he can improve his ability to make a better living for his family, which is more difficult to do while wearing the GPS tether. Defendant's Pretrial Officer and the Government do

1

not object to, and Pretrial Services has communicated its approval for, the removal of Defendant's GPS tether.

Accordingly, for the reasons set forth above:

IT IS ORDERED that Defendant's Motion to Modify Bond Condition [ECF No. 29] is GRANTED.

IT IS FURTHER ORDERED that Pretrial Services shall remove Defendant's GPS tether as soon as practically possible.

IT IS ORDERED.

s/Denise Page Hood  
United States District Judge

Dated: May 26, 2021